

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:  01-13-00307-CV

Style:  W M Roberson

   **v** Aaron Chevalier

Date motion filed[*]: July 8, 2013

Type of motion: Motion to Supplement the Record

Party filing motion: Appellant

Document to be filed:

  Appellant's motion to supplement the record is DENIED because no order is required to supplement the record. If a relevant item has been omitted from the clerk's record, appellant may by letter direct the district clerk to prepare, certify, and file a supplement containing the omitted items. *See* TEX. R. APP. P. 34.5(c).

Judge's signature: /s/ Evelyn V. Keyes
    ☑ Acting individually  ☐ Acting for the Court

    Panel consists of _____.

Date: June 11, 2013